UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE VINCENT TESSIER,<br><br>                           Debtor.<br><br>BARTECH SYSTEMS INTERNATIONAL, INC.,<br>                           Plaintiff,<br><br>                             v.<br><br>VINCENT TESSIER,<br>                           Defendant. | Case No. 2:18-cv-00212-MMD<br><br>ORDER |

The Court denied Bartech Systems International, Inc.'s ("Bartech") motion to withdraw reference. (ECF No. 12.) Bartech has filed a motion for reconsideration ("Motion"). (ECF No. 13.) Vincent Tessier has responded (ECF No. 14) and Bartech has replied (ECF No. 15). The Court will deny the Motion.

While Bartech is correct that the Court incorrectly assumed that the automatic stay relating to Tessier had not been lifted, the stay was only a factor in the Court's consideration of the duplication of resources involved in having parallel proceedings. (*See* ECF No. 12 at 2.) The lifting of the stay does not modify the Court's analysis that Bartech has not demonstrated "cause" to withdraw the reference.

It is therefore ordered that Bartech's motion for reconsideration (ECF No. 13) is denied.

///

DATED THIS 1st day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE